USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/3/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
YISLEIDY ENCARNACION o/b/o I.G.M.,
                              Plaintiff,

         -v-

COMMISSIONER OF SOCIAL SECURITY,
                            Defendant.
-----------------------------------------------------------X

19 CIVIL 6875 (AT)(OTW)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 3, 2020, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          August 3, 2020

                                                      RUBY J. KRAJICK
                                                         Clerk of Court
                                  BY:
                                                          Deputy Clerk